**EXHIBIT 1**

**EXHIBIT 1**

## Elise Glover

| | |
|---|---|
| **From:** | COD_ENotice@cod.uscourts.gov |
| **Sent:** | Wednesday, January 28, 2026 3:55 PM |
| **To:** | COD_ENotice@cod.uscourts.gov |
| **Subject:** | Activity in Case 1:23-cv-01607-CNS-STV Angelo v. Board of County Commissioners of Jefferson County, Colorado, The et al Order on Motion for Leave to Restrict |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court - District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 1/28/2026 at 3:55 PM MST and filed on 1/28/2026

| | |
|---|---|
| **Case Name:** | Angelo v. Board of County Commissioners of Jefferson County, Colorado, The et al |
| **Case Number:** | 1:23-cv-01607-CNS-STV |
| **Filer:** | |
| **Document Number:** | 237(No document attached) |

**Docket Text:**
**ORDER granting [230] Motion for Leave to Restrict. The Clerk of Court is directed to maintain ECF No. 231 under Level 3 Restriction. SO ORDERED, by Magistrate Judge Scott T. Varholak on 1/28/2026. Text Only Entry(stvlc6, )**

**1:23-cv-01607-CNS-STV Notice has been electronically mailed to:**

Siddhartha H. Rathod    sr@rmlawyers.com, dn@rmlawyers.com, qm@rmlawyers.com, xkr@rmlawyers.com

Christopher Ryan Jones    crjones@grsm.com, VLS_Densupport@grsm.com, crjones303@gmail.com, ersmith@grsm.com, kfreeman@grsm.com, lhubchikquelland@grsm.com, lreyes@grsm.com

Rebecca Philana Klymkowsky    rklymkow@co.jefferson.co.us, bjackson@co.jefferson.co.us, rkent@jeffco.us, wgriego@jeffco.us

Matthew J. Cron    mc@rmlawyers.com, dn@rmlawyers.com, jb@rmlawyers.com, qm@rmlawyers.com,

sr@rmlawyers.com, xkr@rmlawyers.com

Felipe S. Bohnet-Gomez    fbg@rmlawyers.com, dn@rmlawyers.com, xkr@rmlawyers.com

Kristina R. Rood (Terminated)    krood@strucklove.com, eglover@strucklove.com

Ashlee B. Hesman (Terminated)    ahesman@strucklove.com, epercevecz@strucklove.com

Virginia Hill Butler    vb@rmlawyers.com, dn@rmlawyers.com, hm@rmlawyers.com,
xkr@rmlawyers.com

Aria Vaughan    av@rmlawyers.com, dn@rmlawyers.com, jb@rmlawyers.com, xkr@rmlawyers.com

**1:23-cv-01607-CNS-STV Notice has been mailed by the filer to:**

| | |
|---|---|
| **From:** | COD_ENotice@cod.uscourts.gov |
| **To:** | COD_ENotice@cod.uscourts.gov |
| **Subject:** | Activity in Case 1:21-cv-02281-CNS-KAS Rogacki v. Jefferson County, Colorado et al Order on Motion for Leave to Restrict |
| **Date:** | Friday, February 13, 2026 9:03:52 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court - District of Colorado

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 2/13/2026 at 9:03 AM MST and filed on 2/13/2026
**Case Name:**        Rogacki v. Jefferson County, Colorado et al
**Case Number:**      1:21-cv-02281-CNS-KAS
**Filer:**
**Document Number:** 154(No document attached)

**Docket Text:**
**ORDER by Magistrate Judge Kathryn A. Starnella on 2/13/26. This matter is before the Court on Defendants' Motion to Restrict [#151]. Defendants seek to file Ex Parte Motion [#152] under Level 3 restriction. Level 3 restriction limits access to only the court. See D.C.COLO.LCivR 7.2(b). Defendants explain that Level 3 restriction is needed because the Ex Parte Motion contains information that is confidential and protected by the attorney-client relationship. The Court has reviewed the contents of the Ex Parte Motion [#152] and is satisfied that it contains confidential, attorney-client privileged information. The Court is also satisfied that no alternative to restriction, such as redaction, is practicable because the protected information constitutes the substance of the Ex Parte Motion. Accordingly, IT IS ORDERED that Defendants' Motion to Restrict [#151] is granted. IT IS FURTHER ORDERED that the Clerk of Court shall maintain the Ex Parte Motion [#152] under Level 3 restriction. Text Only Entry(lgale, )**


**1:21-cv-02281-CNS-KAS Notice has been electronically mailed to:**

David A. Lane     dlane@killmerlane.com, cscull@killmerlane.com, jakard@killmerlane.com

Eric Thomas Butler     ebutler@co.jefferson.co.us, bjackson@co.jefferson.co.us, wgriego@jeffco.us

Daniel Patrick Struck    dstruck@strucklove.com, abartles@strucklove.com,
bbull@strucklove.com

Christopher Ryan Jones    crjones@grsm.com, VLS_Densupport@grsm.com,
WellpathService@grsm.com, crjones303@gmail.com, ersmith@grsm.com,
kfreeman@grsm.com, lhubchikquelland@grsm.com, lreyes@grsm.com

Rebecca Philana Klymkowsky    rklymkow@co.jefferson.co.us, bjackson@co.jefferson.co.us,
rkent@jeffco.us, wgriego@jeffco.us

Michael Paul Fairhurst    mfairhurst@killmerlane.com, cscull@killmerlane.com,
jakard@killmerlane.com, jaskeland@killmerlane.com, michael.fairhurst@yahoo.com

Liana Gerstle Orshan    lorshan@killmerlane.com, cscull@killmerlane.com,
jakard@killmerlane.com, jaskeland@killmerlane.com, lianaorshan@gmail.com

Levi Gregory Stubbs (Terminated)    lstubbs@jeffco.us

Kristina R. Rood    krood@strucklove.com, eglover@strucklove.com

Ashlee B. Hesman    ahesman@strucklove.com, epercevecz@strucklove.com

**1:21-cv-02281-CNS-KAS Notice has been mailed by the filer to:**