IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00926-RMR-MDB

STARR RIOS,

    Plaintiff,

v.

ADAMS COUNTY SHERIFF GENE CAPS,
in his official capacity, WELLPATH,
MICHELLE BARNES, MATTHEW VILLAMANA,
KAYLA VANGORDER, DARIUS ARDREY,
JACQUELINE CRUZ-ENRIQUEZ, JENNIFER OVERMYER,
BERLINE ALMEDA, ROSS YNIGUEZ, NETEAL THARP,
JOSHUA TAPIA, XOCHILT NOYOLA VIGIL, GILBERT
NOVOGRADAC, MANDY HILL, GREGORY BARNES,
NICOLE HASS, MARYANN MARTHA MAGLEY-HERMAN,
KRISTINA MEYER, RICHARD DILLON-MELVIN YODER,
SHANNON PERRET, RHONDA STEWART,
DEBORAH REYNOLDS, individually

    Defendants.

## ENTRY OF APPEARANCE

    Megan A. Jones of the law firm Gordon Rees Scully Mansukhani, LLP hereby enters her appearance on behalf of Wellpath, LLC, Nicole Hass, Maryann Martha Magley-Herman, Kristina Meyer, Shannon Perret, Deborah Reynolds, Richard Dillon-Melvin Yoder (hereinafter "Defendants").  In accordance with D.C.COLO.LAttyR 5, the undersigned certifies that she is a member in good standing of the bar of this court.

1

Respectfully submitted February 18, 2026.

                                    **GORDON REES SCULLY MANSUKHANI**

                                    */s/ Megan A. Jones*
                                    Christopher R. Jones
                                    Megan A. Jones
                                    555 Seventeenth Street, Suite 3400
                                    Denver, Colorado 80202
                                    Tel.: (303) 534-5160
                                    Fax: (303) 534-5161
                                    crjones@grsm.com
                                    mzjones@grsm.com
                                    *Attorneys for Defendants Wellpath LLC, et al.*

**CERTIFICATE OF SERVICE**

      I certify that on February 18, 2026, a copy of the foregoing **ENTRY OF APPEARANCE** was electronically filed with the Clerk of the United States District Court which will send notification of such to counsel of record.

      */s/ Megan A. Jones*
For Gordon Rees Scully Mansukhani LLP