IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00926-RMR-MDB

STARR RIOS,

    Plaintiff,

v.

ADAMS COUNTY SHERIFF GENE CLAPS, in his official capacity, *et al.*,

    Defendants.
_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO CONFER ON LIMITED WRITTEN DISCOVERY AND FILE JOINT STATUS REPORT**
_____

Plaintiff, by and through undersigned counsel, hereby submits the following Unopposed Motion for Extension of Time to Confer on Written Discovery and File Joint Status Report, and states as follows:

### CERTIFICATION PURSUANT TO D.C.COLO.LivR 7.1

Plaintiff's counsel certifies that he conferred via email with Michael Sink, counsel for the Adams County Defendants, who indicated that they do not oppose the requested relief and conferred on a timeline that was amenable to both schedules.

### REQUEST FOR RELIEF

1.    On January 20, 2026, this Court held oral argument on defendants; Joint Motion to Stay, and afterward issued its written order at ECF #183.

2. In its Order, the Court set the deadline for Plaintiff to confer and agree upon limited written discovery and then to file their Joint Status Report on or before February 18, 2026 (ECF #183 at ¶ 2).

3. Counsel for Plaintiff have been working diligently to prepare its limited written discovery but requires additional time to do so and confer with Mr. Sink, counsel for Adams County, and complete the Joint Status Report.

4. Good cause exists for the granting of this extension, and the request is not sought for purposes of delay.

5. Undersigned counsel seeks this additional time for several reasons. In addition to the usual press of business, Plaintiff's Counsel, Reid R. Allison who is specifically responsible for the preparation of the limited written discovery and the conferral on the same, drafted supplemental briefing in the Tenth Circuit case *Richard Ward v. Pueblo County, et al.*, Case No. 25-1224, on February 17, and has been in multiple depositions in two death cases in the past week, *Estate of Perez v. St. John's Hospital, et al.*, 24-CV-139-SWS (D. Wyo.) and *Estate of Purdy v. Jefferson County, et al.*, 25-cv-00556-SKC-TPO.

6. Plaintiff's Counsel, for good cause shown, hereby respectfully seeks an extension up to and including March 4, 2026, confer with Michael Sink on the limited written discovery and prepare and file the resulting joint status report. Plaintiff's counsel remains hopeful that the parties can at least narrow any disputes on these discovery requests before bringing them to this Court.

7.     This relief is not sought for purposes of delay and no party will be prejudiced by the granting of the requested relief.

### CERTIFICATE PURSUANT TO D.C.COLO.L.CIVR 6.1(c)

8.     Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this Motion is being contemporaneously served by counsel on their client, via her personal email address.

### CONCLUSION

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion for extension of time as described above.

Respectfully submitted this 18th day of February 2026.

KILLMER LANE, LLP

s/ *Reid Allison*
David A. Lane
Reid R. Allison
1543 Champa St. Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001 Facsimile
dlane@killmerlane.com
rallison@killmerlane.com

David G. Maxted
Stephanie Frisinger
MAXTED LAW, LLC
1543 Champa Street, Suite 400
Denver, CO 80202
dave@maxtedlaw.com
stephanie@maxtedlaw.com
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

      I hereby certify that on February 18, 2026, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO CONFER ON LIMITED WRITTEN DISCOVERY AND FILE JOINT STATUS REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher R. Jones
Megan A. Jones
**GORDON REES SCULLY MANSUKHANI**
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
crjones@grsm.com
mzjones@grsm.com

*Counsel for Wellpath Defendants*

Kerri A. Booth
Michael A. Sink
Adams County Attorney's Office
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO 80601
kbooth@adcogov.org
msink@adcogov.org

*Counsel for Adams County Defendants*

Daniel Struck
Ashlee Hesman
Kristina Rood
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com

*Counsel for Wellpath Defendants*

Allison Ailer
Senior Assistant Attorney General
Office of the Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6617
Allison.ailer@coag.gov

*Counsel for Defendant Michelle Barnes*

                */s/ Charlotte Bocquin Scull*
                Paralegal